UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARLIN R. BUCHTEL,<br>　　　Plaintiff,<br><br>v.<br><br>21ST MORTGAGE CORPORATION,<br>　　　Defendant. | CIVIL COMPLAINT<br><br>CASE NO. 3:18-CV-00580<br><br>Judge Jon E. DeGuilio |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, 21st Mortgage Corporation ("21st"), by and through its attorneys, Quintairos, Prieto, Wood & Boyer, P.A, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, requests that this Court enter summary judgment against Plaintiff on all of their claims. In support of this motion, 21st asserts as follows:

There are no genuine issues of material fact that would preclude the entry of judgment as a matter of law in 21st's favor as to any of Plaintiff's claims. This motion is based on 21sts contemporaneously filed separate Memorandum of Law in Support of Summary Judgment and separate Statement of Material Facts Not in Dispute which has been submitted with this motion.

Dated:　June 18, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Penny Land
　　　　　　　　　　　　　　　　　　　Penny Land (#6211093)
　　　　　　　　　　　　　　　　　　　Quintairos, Prieto, Wood & Boyer, P.A.
　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, 70th Floor
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　312-566-0040  fax 312-566-0041
　　　　　　　　　　　　　　　　　　　Penny.Land@qpwblaw.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.  Parties may access this filing through the Court's electronic filing system.

Dated:  June 18, 2019	Respectfully submitted,

<div style="margin-left:3em">

By: /s/ Penny Land
Penny Land(#6211093)
Quintairos, Prieto, Wood & Boyer, P.A.
233 S. Wacker Drive, 70th Floor
Chicago, IL 60606
312-566-0040  fax 312-566-0041
Penny.Land@qpwblaw.com
*Counsel for Defendant*

</div>